IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

ALLISON BOUIER,                              )
                                             )
           Plaintiff,                        )
                                             )
     v.                                      )       2:05-CV-00147-DRB
                                             )              [wo]
JO ANNE B. BARNHART,                         )
COMMISSIONER OF SOCIAL SECURITY,  )
                                             )
           Defendant.                        )

## JUDGMENT

In accordance with the *Opinion* entered this date, it is **ORDERED, ADJUDGED and
DECREED** that:

1.     The decision of the Commissioner of Social Security is affirmed.

2.     **JUDGMENT**, pursuant to Rule 58 of the Federal Rules of Civil Procedure, is entered

       for the Defendant, Commissioner of Social Security and against the Plaintiff, Allison

       Bouier.

3.     This action is dismissed with prejudice.


Done this 19th day of April, 2006.


                                        **/s/ Delores R. Boyd**
                                        DELORES R. BOYD
                                        UNITED STATES MAGISTRATE JUDGE